## THACKERY v HELFRICH

Ohio Supreme Court
No. 22354. Decided March 11, 1931

Marshall, CJ, Jones, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## DAY WOOD HEEL CO v ROVER

Ohio Supreme Court
No 22373. Decided March 11, 1931

Marshall, CJ, Jones, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## BROWN and GARNETT v BAKER

Ohio Appeals, 2nd Dist, Franklin Co
No 1950. Decided Jan 5, 1931

Brown & Garnett, Columbus, for Brown and Garnett.

Lee Johnston, Columbus, for Baker.

The facts are stated in the opinion.

### BY THE COURT:

The defendant moves the Court to dismiss the petition in error herein on the following grounds namely; That the order of the Common Pleas Court from which error is prosecuted is not a final order.

It appears from the record and the briefs of counsel that judgment was rendered against the defendant by default; that subsequent to the rendition of this judgment the Trial Court opened up and set aside the said judgment upon the ground that the defendant was not in default at the time such default judgment was rendered.

The transcript of the docket and journal entries shows that the defendant was in default when such judgment was rendered. In the absence of a Bill of Exceptions we are unable, however to determine what proof, if any, was offered tending to show a different situation.

The judgment was vacated during the same term in which the original judgment was rendered. The trial court has jurisdiction over its entries during term time.

This entry vacating the judgment was neither a judgment nor a final order as it did not finally determine the rights of the parties.

The result may eventually be the same as in the original judgment.

It is therefore neither necessary nor timely to express opinion on the action of the trial court whether prejudicial or not in the light of 11637 GC, inasmuch as it may properly come before us later.

Kunkle, PJ, Allread and Hornbeck, JJ.